UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTIN JAMES VENTURO,<br>Defendant. | CASE NO. CR26-145 JNW<br><br>DETENTION ORDER |

Offenses charged:

1. Conspiracy to Distribute Controlled Substances

Date of Detention Hearing: October 27, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to

both dangerousness and flight risk under 18 U.S.C. § 3142(e). Defendant's criminal history includes numerous failures to appear and failures to comply with court orders. Defendant thus poses a risk of flight and a danger to the community because of the nature of the charges and his prior criminal history. Defendant does not contest detention at this time.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to: counsel for the United States, counsel for the defendant, the United States Marshal, and the United State Probation Services Officer assigned to this case.

///

///

///

DATED this 27th Day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge